UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE,

                 Petitioner,

      v.

MARKWAYNE MULLIN, Secretary, et al.,

                 Respondents.

Case No.: 1:26-cv-02360-KES-FJS (HC)

ORDER SETTING BRIEFING SCHEDULE

[Doc. 7]

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On March 31, 2026, the parties stipulated to a briefing schedule on the petition. (ECF No. 7.)  Pursuant to the stipulation, the response is due on or before April 14, 2026, and Petitioner's reply is due seven (7) days thereafter, no later than April 21, 2026.

IT IS SO ORDERED.

   Dated:   **April 3, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE